UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUN 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

KENNETH RUSSELL BORK, JR.,

    PETITIONER,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:02-CV-6135 REC DLB-HC

A.K. SCRIBNER, ET AL.,

    RESPONDENT.

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____ Granted for the following reason:

_____
_____
_____

__X__ Denied for the following reason:
*No issue debateable among jurists of reason*

_____
_____

Dated: 6-2-09

/s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge